```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 29840
   STEVEN C WALLACE
   SANDRA L WALLACE                           CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-4381     SSN XXX-XX-0840

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/11/2004 and was confirmed 10/20/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 08/26/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
PACIFIC WEST GROUP INC    CURRENT MORTG         .00           .00            .00
PACIFIC WEST GROUP INC    MORTGAGE ARRE     1266.30           .00        1266.30
ROUNDUP FUNDING LLC       SECURED           4125.00        426.40        4125.00
ROUNDUP FUNDING LLC       UNSECURED         1448.07           .00        1448.07
TRIAD FINANCIAL           SECURED           8975.00        927.74        8975.00
TRIAD FINANCIAL           UNSECURED         2719.92           .00        2719.92
WELLS FARGO               CURRENT MORTG         .00           .00            .00
WELLS FARGO               MORTGAGE ARRE     6596.72           .00        6596.72
ECMC                      UNSECURED         3612.88           .00        3612.88
RESURGENT ACQUISITION LL  UNSECURED             .00           .00            .00
ECMC                      UNSECURED          336.16           .00         336.16
UNIFUND CCR PARTNERS      UNSECURED             .00           .00            .00
WELLS FARGO               COST OF COLLE      350.00           .00         350.00
JEFFERSON CAPITAL SYSTEM  FILED LATE         460.63           .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY       1,799.00                    1,799.00
TOM VAUGHN                TRUSTEE                                       2,026.64
DEBTOR REFUND             REFUND                                             .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             34,609.83

PRIORITY                                          .00
SECURED                                     21,313.02
    INTEREST                                 1,354.14
UNSECURED                                    8,117.03
ADMINISTRATIVE                               1,799.00
TRUSTEE COMPENSATION                         2,026.64
DEBTOR REFUND                                     .00
                    ---------------     ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 29840 STEVEN C WALLACE & SANDRA L WALLACE
```

```
TOTALS                            34,609.83           34,609.83
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 11/20/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```